IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC W. CONNER,

      Petitioner,           No. 2:09-cv-01994 KJN P

  vs.

R BARNES, Warden,

      Respondent.         ORDER TO SHOW CAUSE

_____/

      Petitioner is a state prisoner proceeding in forma pauperis and without counsel pursuant to an application for writ of habeas corpus under 28 U.S.C. § 2254. Both parties have consented to the jurisdiction of the magistrate judge for all purposes. See 28 U.S.C. § 636(c); Local Rule 305(a). On June 25, 2010, respondent filed a motion to dismiss this action. Petitioner has not filed an opposition or otherwise responded to the motion. Local Rule 230(*l*) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

      Good cause appearing, IT IS HEREBY ORDERED that petitioner shall show cause in writing, within twenty-one days after service of this order, why his failure to oppose respondent's June 25, 2010 motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and shall file such opposition. Petitioner is cautioned that failure to

1

1  respond to the instant order, or to file an opposition to the pending motion to dismiss, will result
2  in the dismissal of this action.
3          SO ORDERED.
4  DATED: October 26, 2010

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

conn1994.osc.no.opp.