IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CEDRIC W. CONNER,** | Case No. 2:09-cv-01994 KJN P |
| Petitioner, | [**PROPOSED**] ORDER |
| v. | |
| **R. BARNES, Warden,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before February 28, 2011.

DATED: January 28, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

conn1994.eot.1.27.11.doc

1

[Proposed] Order (2:09-cv-01994 KJN P)